IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-02883-WYD-KLM

ROBERTS AIRCRAFT COMPANY,

    Plaintiff,

v.

NATIVE AIR SERVICES, INC.; and
OMNIFLIGHT HELICOPTERS, INC.,

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER comes before the Court on the parties' Stipulation for Dismissal with Prejudice (ECF Doc. #16), filed June 9, 2011.  After a review of the Stipulation and the file, it is hereby

ORDERED that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own attorneys' fees and costs.

Dated this 13th day of June, 2011.

                BY THE COURT:


                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                CHIEF UNITED STATES DISTRICT JUDGE